# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULTAR SINGH, | )    1:07-CV-00630 OWW SMS HC |
|          Petitioner, | ) |
| | )    ORDER GRANTING MOTION TO DISMISS |
| v. | )    [Doc. #14] |
| | ) |
| | )    ORDER DISMISSING PETITION FOR WRIT |
| ALBERTO GONZALES, et al., | )    OF HABEAS CORPUS |
| | ) |
|          Respondents. | ) |

_____Petitioner, a detainee of the Bureau of Immigration and Customs Enforcement ("ICE"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 27, 2007, Respondent filed a motion to dismiss the petition for mootness. Respondent states Petitioner has been released from custody. In support of this contention, Respondent has submitted a copy of the Release Notification which shows Petitioner was released from custody pending removal. See Attachment 1 to Motion to Dismiss.

Accordingly, IT IS ORDERED that Respondent's Motion to Dismiss the Petition is GRANTED, and the Petition is DISMISSED as moot. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   August 14, 2007**           _____**/s/ Oliver W. Wanger**_____
                                  UNITED STATES DISTRICT JUDGE